# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Alberto Castaneda Mondragon, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26-cv-380 DWF/SGE |
| Kristi Noem, Todd M. Lyons, Peter Berg, | |
| Respondents. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is **GRANTED**.

2. The Court **DECLARES** that Petitioner's current detention is unlawful under the Constitution and laws of the United States.

3. Respondents are **ORDERED** to release Petitioner from custody immediately.

4. Within three (3) days of the date of this Order, the Government shall provide the Court with a status update confirming Petitioner's release.

5. Within thirty (30) days of final judgment in this action, Petitioner may move to recover attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Date: 1/24/2026                                                                                   KATE M. FOGARTY, CLERK