# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Alberto C.M., | Civil No. 26-380 (DWF/SGE) |
| Petitioner, | |
| v. | |
| | **ORDER** |
| Kristi Noem, *Secretary, Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; and Peter Berg, *Director, St. Paul Field Office Immigration and Customs Enforcement*, | |
| Respondents. | |

On January 23, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered his immediate release from custody. (Doc. No. 9.) The Order required Respondents to remove any restraints imposed against hospital recommendation and to leave Hennepin County Medical Center immediately. Respondents were also ordered to file an update on or before January 26, 2026, confirming Petitioner's release. Respondents have not filed any such update.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Respondents must file a letter no later than 1:00 p.m. CT on January 28, 2026, confirming that ICE agents have removed any restraints imposed against hospital recommendation and left Hennepin County Medical Center and, if not, the reasons for his continued detention, and the schedule for his release.

2

    2.      Absent assurance that Petitioner will be released by 2:00 p.m. CT on January 28, 2026, the Court will issue an order to show cause why Respondents should not be held in contempt, and a contempt hearing shall be scheduled.

Dated: January 28, 2026                s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge